# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2025

SEAN F. McAVOY, CLERK

U.S.A. vs.          Shaw, Jr., Bennie Ray          Docket No.          0980 2:24CR00163-RLP-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW   Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Bennie Ray Shaw, Jr., who was placed under pretrial release supervision by the Honorable U.S. District Judge, Rebecca L. Pennell, sitting in the court at Spokane, Washington, on the 7th day of July 2025, under the following conditions:

**Additional Condition #4:** Substance Abuse Evaluation and Treatment: Defendant shall participate and undergo a substance abuse evaluation.  Pretrial Services may determine/approve the evaluators, schedule and place of any evaluation.  Defendant shall be responsible for the cost of testing, evaluation, and treatment, unless the United States Probation Office should determine otherwise.  Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Dependant's conditions of release and supervision, and evaluation, treatment and performance in the program.  It shall be the responsibility of defense counsel to provide such waivers.  Following any evaluation or treatment ordered here, Defendant shall complete any recommended aftercare program, including inpatient treatment, outpatient treatment, and any recommended counseling.  If Defendant terminates any treatment program before it is completed, the treatment provider and Defendant shall immediately notify the U..S. Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Bennie Ray Shaw, Jr. is alleged to have violated the conditions of  pretrial supervision by failing to immediately notify the assigned U.S. Probation Officer that he terminated inpatient substance abuse treatment at American Behavioral Health Systems (ABHS) on August 6, 2025.

On July 9, 2025, Mr. Shaw was temporarily released from custody to enter inpatient substance abuse treatment at American Behavioral Health Systems (ABHS) in Spokane Valley, Washington.

While attending inpatient treatment, Mr. Shaw, Jr. communicated with the undersigned officer on multiple occasions.  He was aware he was required to return to custody upon completion of inpatient substance abuse treatment, absent any further order of the Court.  He was scheduled to successfully complete inpatient substance abuse treatment services at ABHS on August 7, 2025.

On August 7, 2025, a staff member from ABHS contacted the undersigned officer and advised Mr. Shaw, Jr. terminated treatment services at ABHS on  August 6, 2025, at 8:22 p.m., just prior to his successful completion of that program.  Mr. Shaw reportedly told ABHS staff members he did not want to serve 43 months in federal custody and chose to leave the facility.

As of the time and date of this petition, Mr. Shaw, Jr. has yet to notify the undersigned officer that he chose to terminate inpatient substance abuse treatment at ABHS prematurely.  His current whereabout is unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

PS-8

**Re: Shaw, Jr., Bennie Ray**
**August 7, 2025**
**Page 2**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    August 7, 2025

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[  ]    No Action
[ X ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
petition with the other violations pending before the
Court.
[ X ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

M. K. Dimke

Signature of Judicial Officer

8/7/2025

Date